AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Halpern, James S. | U.S. Tax Court | 07/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Tax Court Judge -- senior status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Room 234
400 Second Street, N.W.
Washington, D.C. 20217

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | 2005 B.1 Trust |
| 2. | Trustee | 2005 B.2 Trust *See Section VIII |
| 3. | Director, Vice-President | Watergate South, Inc. (Residential Co-operative Corporation) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S.A.A. Savings Bank | Credit card | J |
| 2. Chase Bank | Credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, James S.** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 2005 B.1 Trust | | | | | | | | | |
| 2. -- 45th St. LLC **See Section VIII | D | Rent | O | W | | | | | |
| 3. -- 57th St. LLC **See Section VIII | F | Rent | O | W | | | | | |
| 4. -- Madison No. 1 LLC **See Section VIII | E | Rent | O | W | | | | | |
| 5. -- S.L. Green Operating Partnership | F | Dividend | P1 | W | | | | | |
| 6. -- 57 Sofia LLC **See Section VIII | B | Rent | K | W | | | | | |
| 7. -- 45 Anna LLC **See Section VIII | A | Rent | K | W | | | | | |
| 8. Morg. Stan. BK N.A.--Cash/Money Acct. | A | Interest | J | T | | | | | |
| 9. BRK'B | A | Dividend | J | T | | | | | |
| 10. RKJ | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 11. DWAS | A | Dividend | L | T | Buy | 12/09/20 | L | | |
| 12. IAU | A | Dividend | M | T | Buy | 06/01/20 | M | | |
| 13. ASRAX | C | Dividend | | | Sold | 06/03/20 | M | A | |
| 14. DDVCX | A | Dividend | K | T | | | | | |
| 15. QCSCX | A | Dividend | L | T | Buy | 12/09/20 | L | | |
| 16. SGENX | A | Dividend | K | T | | | | | |
| 17. FESOX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, James S.** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  HGICX | A | Dividend | M | T | Buy | 03/27/20 | M | | |
| 19.  HGICX | A | Dividend | M | T | Buy<br>(add'l) | 04/28/20 | M | | |
| 20.  LALDX | D | Dividend | N | T | | | | | |
| 21.  LUBAX | A | Dividend | L | T | Buy | 06/01/20 | L | | |
| 22.  LUBAX | A | Dividend | | | Sold<br>(part) | 12/01/20 | L | A | |
| 23.  SAGWX | A | Dividend | M | T | Buy | 11/27/20 | M | | |
| 24.  THIFX | C | Dividend | | | Sold | 03/30/20 | M | A | |
| 25.  THICX | B | Dividend | | | Sold | 03/30/20 | K | A | |
| 26.  NOICX | A | Dividend | K | T | | | | | |
| 27.  PCKCX | A | Dividend | L | T | Buy | 12/19/20 | L | | |
| 28.  TSIAX | A | Dividend | M | T | Buy | 03/27/20 | M | | |
| 29.  TSICX | A | Dividend | K | T | Buy | 03/27/20 | K | | |
| 30.  IRA | | | | | | | | | |
| 31.  --Morg. Stan. BK N.A.--Cash Money Acct. | A | Interest | J | T | | | | | |
| 32.  --FKIQX | A | Dividend | M | T | | | | | |
| 33.  --NEFZX | A | Dividend | M | T | | | | | |
| 34.  --BDLAX | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, James S.** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  --NOICX | A | Dividend | K | T | | | | | |
| 36.  --PONAX | A | Dividend | K | T | | | | | |
| 37.  --LUBAX | A | Dividend | J | T | | | | | |
| 38.  TIAA-CREF Retirement Fund (Traditional) | C | Dividend | M | T | | | | | |
| 39.  TIAA-CREF Retirement Fund (Real Estate) | A | Dividend | K | T | | | | | |
| 40.  TIAA-CREF Retirement Fund (T-C Bond Plus - Inst) | C | Dividend | K | T | | | | | |
| 41.  TIAA-CREF Retirement Fund (T-C Gr, Inc. - Inst) | C | Dividend | M | T | | | | | |
| 42.  TIAA-CREF Retirement Fund (T-C Lg Cap Val - Inst) | C | Dividend | L | T | | | | | |
| 43.  TIAA-CREF Retirement Fund (T-C Lg Cap GR - Inst) | D | Dividend | M | T | | | | | |
| 44.  TIAA-CREF Retirement Fund (T-C Intl. Eq - Inst) | D | Dividend | M | T | | | | | |
| 45.  Sentinel Small Company Fund | B | Dividend | K | T | | | | | |
| 46.  SEP | | | | | | | | | |
| 47.  --Morg. Stan. BK N.A.--Cash/Money Acct. | A | Interest | M | T | | | | | |
| 48.  --PIZ | A | Dividend | K | T | Buy | 01/27/20 | K | | |
| 49.  --PDP | A | Dividend | K | T | Buy | 01/27/20 | K | | |
| 50.  --DWAS | A | Dividend | K | T | Buy | 01/27/20 | K | | |
| 51.  --CWGIX | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  --MCDVX | A | Dividend | M | T | Buy | 01/27/20 | M | | |
| 53.  --NEFZX | D | Dividend | M | T | | | | | |
| 54.  --GWGFX | B | Dividend | | | Merged<br>(with line 51) | 06/15/20 | M | | |
| 55.  --PONCX | C | Dividend | L | T | | | | | |
| 56.  --LUBAX | D | Dividend | | | Sold | 01/24/20 | M | A | |
| 57.  --QASCX | A | Dividend | K | T | | | | | |
| 58.  --DDVCX | A | Dividend | J | T | | | | | |
| 59.  --FESOX | A | Dividend | J | T | | | | | |
| 60.  --LALDX | A | Dividend | K | T | | | | | |
| 61.  --PONAX | B | Dividend | L | T | | | | | |
| 62.  --QCSCX | A | Dividend | J | T | | | | | |
| 63.  --FKIQX | D | Dividend | M | T | | | | | |
| 64.  --HGICX | A | Dividend | K | T | Buy | 03/03/20 | K | | |
| 65.  --LIDAX | A | Dividend | K | T | Buy | 01/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, James S.** | 07/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*2005 B.2 Trust (unfunded trust).

**New York City real estate investment.

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, James S. | 07/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Halpern**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544